# United States Court of Appeals for the Federal Circuit

---

January 27, 2012

**ERRATA**

---

Appeal No. 2011-1103

**JACOB KRIPPELZ, SR.,**
**v.**
**FORD MOTOR COMPANY,**

Decided:  January 27, 2012
Precedential Opinion

---

Please make the following change:

Page 11, lines 29-30, delete "As a result of these statements,"